**FIRST DIVISION**
**BARNES, P. J.,**
**GOBEIL and PIPKIN, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

August 5, 2022

# In the Court of Appeals of Georgia

A20A1061. BELL v. HARGROVE.

BARNES, Presiding Judge.

In *Bell v. Hargrove*, 313 Ga. 30 (867 SE2d 101) (2021), the Supreme Court of Georgia reversed the judgment of this Court in *Bell v. Hargrove*, 357 Ga. App. 802 (849 SE2d 554) (2020). Accordingly, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own; the trial court's judgment is reversed, and the case is "remand[ed] . . . to the trial court with instructions to issue a writ of mandamus ordering Judge Hargrove to issue Bell a weapons carry license." *Bell*, 313 Ga. at 40 (6).

*Judgment reversed and case remanded with direction. Gobeil and Pipkin, JJ., concur*.